Richard A. Whitaker
LAW OFFICES OF RICHARD A. WHITAKER
2050 Peabody Road, Suite 300
Vacaville, CA 95687
CA Bar No. 58618
Telephone: (707) 427-2237
teamraw2000@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. ARANA, | Case No.: 2:18-CV-02239-AC |
| Plaintiff, | |
| vs. | STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND AND ~~PROPOSED~~ ORDER |
| NANCY BERRYHILL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant | |

The parties, through counsel, stipulate to a 60-day extension of time in which Plaintiff may file his Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to April 10, 2019.  Defendant's counsel has agreed to a 60-day extension.  All remaining deadlines will be extended accordingly.

                                             Respectfully submitted,

Dated: January 16, 2019         /s/Richard A. Whitaker
                                                       Richard A. Whitaker
                                                       Attorney for Plaintiff

Dated:  January 16, 2019        MCGREGOR SCOTT
                                                       United States Attorney

| | |
|---|---|
| 1 | DEBORAH LEE STACHEL |
| 2 | Regional Chief Counsel, Region IX |
| 3 | |
| 4 | SHARON LAHEY |
|   | Special Assistant, U.S. Attorney |

**ORDER**

Dated: January 22, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE