**JESSE S. KAPLAN  CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOSE M. ARANA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **JOSE M. ARANA,** | No.   2:18-CV-02239-AC |
| **Plaintiff,** | |
| | **STIPULATION AND** [proposed] **ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF/RESPONSE** ~~TO RENEWED MOTION TO DISMISS~~ |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to June 3, 2019.

This is a first extension, taking the due-date from May 16, 2019, to June 3, 2019, because plaintiff's counsel filed a reply brief yesterday and has several other briefs due in the next two weeks in federal court and with the Appeals Council.

[Pleading Title] - 1

Dated:   May 14, 2019                    /s/    Jesse S. Kaplan
                                         JESSE S. KAPLAN
                                         Attorney for Plaintiff



                                         McGREGOR W. SCOTT
                                         United States Attorney
                                         DEBORAH LEE STACHEL
                                         Regional Counsel, Region IX
                                         Social Security Administration


Dated:  May 14, 2019                       /s/ per e-mail authorization
                                         SHARON LAHEY
                                         Special Assistant U.S. Attorney
                                         Attorney for Defendant


# ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to June 3, 2019.

SO ORDERED.

Dated: May 16, 2019

                                         _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE